THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ALFRED SOUZA CAVERIO, Respondent.

Submitted November 28, 1955; decided December 1, 1955.

*James E. Gavagan* for motion to dismiss appeal.
*Russell G. Hunt, District Attorney,* opposed.

Motion to dismiss appeal denied.

Motion to have appeal heard during the November, 1955, session of the Court of Appeals denied and case set down for argument during the first week of the January, 1956, session of the Court of Appeals.